# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00328-CV

In re Kimberly Anne Northup and David P. Northup

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

On January 16, 2025, we abated this proceeding. Relators Kimberly Anne Northup and David P. Northup, the defendants in the underlying trial-court proceeding, have now notified this Court that they filed a bankruptcy proceeding on May 16, 2025. *See* TEX. R. APP. P. 8.1. Accordingly, further action in this proceeding has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this proceeding is therefore reinstated and suspended and will be treated as closed unless reinstated on a proper motion. *See* TEX. R. APP. P. 8.2, 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.



MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  August 21, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Senior Justice Davis[1]
Proceeding suspended; administratively closed
OT06

---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.